

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:15CR00063-02 JLH | |
| CURTIS EARL EVANS, JR. | | DEFENDANT |

## ORDER

Court convened for a scheduled felony waiver and plea hearing in this matter on this date. During the course of the hearing, the Court was informed that defendant's true name is Curtis Earl Evans, Jr. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Curtis Earl Evans, Jr.

IT IS SO ORDERED this 4th day of June, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE