## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:15CR00063-02-JLH

CURTIS EARL EVANS, JR.                                                                DEFENDANT

## ORDER

Curtis Earl Evans, Jr., has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 . The Court directs the United States to file a response to the motion on or before November 18, 2016.

IT IS SO ORDERED this 31st day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE