## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                NO. 4:15CR00063-02-JLH

CURTIS EARL EVANS, JR.                                        DEFENDANT

### ORDER

The United States has filed a response to the motion of Curtis Earl Evans, Jr., to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. If Evans wishes to file a reply, he must do so on or before December 19, 2016.

IT IS SO ORDERED this 18th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE