**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                  NO. 4:15CR00063-02-JLH

CURTIS EARL EVANS, JR.                                          DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the motion of Curtis Earl Evans,

Jr., to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED.  No certificate

of appealability will be issued.

IT IS SO ORDERED this 29th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE